# Court of Appeals
# of the State of Georgia

ATLANTA,__October 24, 2016____

*The Court of Appeals hereby passes the following order:*

**A17A0339.    BILLY R. SMITH v. U. S. BANK TRUST NATIONAL ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Billy Smith appealed to the superior court. The superior court entered a writ of possession in favor of U. S. Bank Trust National Association. Smith then filed this direct appeal. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). Because Smith did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*_____10/24/2016_____
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*